Asim M. Bhansali (SBN 194925)
abhansali@kblfirm.com
Kate E. Lazarus (SBN 268242)
klazarus@kblfirm.com
Elizabeth H. Dinh (SBN 329295)
edinh@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA  94111
Tel:  (415) 630-2350

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASK SYDNEY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:23-cv-03955-JD<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING MOTION TO DISMISS** |

1  Pursuant to Civil Local Rule 7-12, Plaintiff Ask Sydney LLC and Defendant Google LLC
2  (together, the "Parties"), by and through their undersigned counsel hereby stipulate and agree as
3  follows:
4  WHEREAS, on May 5, 2023, Google filed a Motion to Dismiss, at which time this case
5  was pending in the Western District of Texas, see ECF No. 11;
6  WHEREAS, on August 7, 2023, Judge Xavier Rodriguez of the Western District of Texas
7  granted Google's motion to transfer this case to this Court, and Google subsequently re-noticed
8  its pending Motion to Dismiss for hearing on October 19, 2023;
9  WHEREAS, on August 14, 2023, Judge Rodriguez granted in part and denied in part
10 motions to dismiss brought by Amazon,com Services LLC, Microsoft Corporation, and Meta
11 Platforms, Inc. regarding the same patents asserted against Google, see Exs. A to Statement of
12 Recent Decisions, *Ask Sydney, LLC v. Amazon.com Services, LLC*, 6:23-cv-00108-XR, ECF No.
13 24;
14 WHEREAS, Google has concurrently filed a Statement of Recent Decisions attaching that
15 order by Judge Rodriguez and the final judgments entered in Ask Sydney's cases against Amazon
16 and Microsoft dismissing its claims with prejudice;
17 WHEREAS, Google requests leave to file a short two-page supplemental brief (the
18 "Supplemental Brief"), attached hereto as Exhibit 1, regarding Judge Rodriguez's order;
19 WHEREAS, on September 1, 2023, Ask Sydney's consented to Google's filing of the
20 Supplemental Brief;
21 **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and among the
22 Parties that Google be granted leave to file the Supplemental Brief.
23
24 Dated: September 7, 2023                               KWUN BHANSALI LAZARUS LLP
25
                                                         By:  */s/ Asim M. Bhansali*
26                                                            Asim M. Bhansali (SBN 194925)
27                                                       Attorneys for Defendant
                                                         GOOGLE LLC
28

Dated: September 7, 2023                                RAMEY LLP

                                        By:    /s/ Susan Kalra
                                                Susan Kalra (SBN 167940)

                                                Attorneys for Plaintiff
                                                ASK SYDNEY LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

                                                Hon. James Donato
                                                United States District Judge

2

STIPULATION AND [PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION FOR
LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING MOTION TO DISMISS
Case No. 3:23-cv-03955-JD

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 7, 2023      /s/ *Asim M. Bhansali*
                              Asim M. Bhansali

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 7, 2023, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: September 7, 2023      /s/ *Asim M. Bhansali*
                              Asim M. Bhansali